BASKIN, Judge
(dissenting).
Because I believe that Dunaway v. New York, 442 U.S. 200, 99 S.Ct. 2248, 60 L.Ed.2d 824 (1979) and Brown v. Illinois, 442 U.S. 590, 95 S.Ct. 2254, 45 L.Ed.2d 416 (1975) apply with equal force to Payton[4] violations and arrests without probable cause, I dissent. To hold otherwise would eviscerate the protections of the Fourth Amendment. See Thomas v. State, 405 So.2d 462 (Fla. 3d DCA 1981) (Baskin, J., dissenting).

. Payton v. New York, 445 U.S. 573, 100 S.Ct. 1371, 63 L.Ed.2d 639 (1980).